UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IN RE APPLICATION OF TÜRKMEGAS.        :
:
For an Order Pursuant to 28 U.S.C. § 1782 to   :   21 Misc. 686 (LGS)
Conduct Discovery for Use in Foreign    :
Proceedings                             :   **ORDER**
:
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Applicant has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery in a foreign proceeding. Applicant seeks evidence from BNP Paribas (the "Respondent") relating to bribery and fraud allegations brought against Chemix Gibraltar (the "Account Holder") in Turkmenistan. It is hereby

ORDERED that by **September 30, 2021**, Applicant shall serve Respondent with (1) the papers in support of the application and (2) this Order, and shall file proof of service. It is further

ORDERED that by **October 14, 2021**, Respondent shall serve the Account Holder with (1) the papers in support of the application and (2) this Order, and shall file proof of service. It is further

ORDERED that responsive papers, if any, are due by **November 11, 2021**. Reply papers, if any, are due by **November 22, 2021**. Submissions shall not exceed six pages and shall otherwise comply with the Court's Individual Rules.

Dated: September 14, 2021
      New York, New York

                                               LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE